

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-24-00297-CV

Dolores **GONZALEZ**,
Appellant

v.

**DISCOVER BANK**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2023CVH000968D1
Honorable Jose A. Lopez, Judge Presiding

PER CURIAM

Sitting:      Beth Watkins, Justice
               Liza A. Rodriguez, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: September 18, 2024

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due July 26, 2024 and was not filed. On August 14, 2024, we ordered appellant to file, by August 29, 2024: (1) her brief; and (2) a written response reasonably explaining her failure to timely file a brief. In our order, we cautioned the appellant that if she failed to timely file a brief and written response, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

Appellant did not respond to our order. Because appellant has failed to timely file a brief, this appeal is dismissed for want of prosecution. *See id.*

PER CURIAM